264 U. S.          Certiorari Denied.

Sixth Circuit denied. *Mr. V. B. Archer* for petitioners. No appearance for respondents.

---

No. 803. ERIE RAILROAD COMPANY *v.* JOHN STRAKER. March 3, 1924. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Bertha J. Strootman* and *Mr. John W. Ryan* for petitioner. *Mr. Hamilton Ward* for respondent.

---

No. 808. UNITED STATES EX REL. GREYLOCK MILLS *v.* DAVID H. BLAIR, COMMISSIONER OF INTERNAL REVENUE. March 3, 1924. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. James Craig Peacock* and *Mr. John W. Townsend* for petitioner. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. Sewall Key* for respondent.

---

No. 812. ROYAL ITALIAN GOVERNMENT *v.* NATIONAL BRASS & COPPER TUBE COMPANY, INC. March 10, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied, for failure to file within the time prescribed by the statute. *Mr. Samuel F. Frank* for petitioner. *Mr. Harlan F. Stone* for respondent.

---

No. 752. THOMAS S. MEDHURST *v.* S. S. " SOUTH AMER-ICAN " ET AL. March 10, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied, for failure to file within the time prescribed by the statute. *Mr. Challen B. Ellis* and *Mr. Silas B. Axtell* for petitioner. *Mr. Bertrand L. Pettigrew* for respondents.